IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | |
| v. | : | Civil No. L-98-2032 |
| James W. McCloud, Jr., | : | |
| Defendant | : | |

## ORDER

The Court having considered the Plaintiff's Motion to Vacate Default Judgment, it is this 26TH day of SEPTEMBER, 2002, ORDERED:

1. That the Default Judgment entered in favor of the Plaintiff and against the Defendant on September 29, 1998 BE, and the same HEREBY IS VACATED.

2. That the case is DISMISSED without prejudice with each party to bear its own costs; and

3. That the Clerk of the Court shall send copies of this Order to Defendant and Plaintiff.

BENSON EVERETT LEGG
UNITED STATES DISTRICT JUDGE